## SUPREME COURT.

WILLIAM G. MILLIGAN, as administrator, &c., agt. WILLIAM H. ROBINSON and MOSES C. ROOF.

*Costs — where there are two defendants — when entitled to separate bills of costs.*

In an action against two defendants to set aside a sale made by one to the other on the ground of inadequacy of consideration, and that there was fraud in the sale, where the defendants appeared by separate attorneys and were successful, they are each entitled to tax *separate bills of costs.*

*Fourth Department, General Term, January,* 1880.

THIS was an action by the plaintiff to set aside the sale of three canal boats made by defendant Robinson, to defendant Roof. Plaintiff's intestate and defendant Robinson were the owners of the boats, and it was alleged that defendant Robinson sold to defendant for an inadequate consideration, and that there was fraud in the sale.

The defendants succeeded and the referee ordered a dismissal of the complaint, with costs to defendants. The defendants appeared by separate attorneys and each taxed a separate bill of costs. An appeal was taken from such taxation by plaintiff, and judge NOXON, at Syracuse special term, December 9, 1879, granted the motion striking out defendants' costs, and only allowing one bill to both defendants, plaintiff citing section 1022, new Code. From these orders defendants appealed to general term at Syracuse, January 6, 1880, which reversed the orders of the special term and granted defendants separate bills of costs, defendants citing 29 *Howard*, 90.

*P. H. McEvoy*, for defendant Robinson.

*G. W. Smith*, for defendant, Roof.

*C. J. Palmer*, for plaintiff.